1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   SEAR MAR, individually and on behalf          No.  2:15-cv-01405-MCE-AC
     of others similarly situated, and on
12   behalf of the general public,,

13              Plaintiff,                          **<u>SCHEDULING ORDER</u>**

14        v.

15   GENUINE PARTS COMPANY and
     NAPA AUTO PARTS,
16
                Defendants.
17

18        After reviewing the parties' Joint Status Report, the Court makes the following

19   Scheduling Order.

20   I.    <u>SERVICE OF PROCESS</u>

21        All named Defendants have been served and no further service is permitted

22   without leave of court, good cause having been shown.

23   II.   <u>ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS</u>

24        No joinder of parties or amendments to pleadings is permitted without leave of

25   court, good cause having been shown.

26   III.  <u>JURISDICTION/VENUE</u>

27        Jurisdiction is predicated upon 28 U.S.C. sections 1331, 1332 and 1367..

28   Jurisdiction and venue are proper.

IV.   CERTIFICATION MOTION HEARING SCHEDULE

The hearing on the certification motion shall be **August 25, 2016, at 2:00 p.m.** All papers should be filed in conformity with the Local Rules.  However, the parties shall comply with the following filing deadlines:

| | |
|---|---|
| Plaintiff's Motion | Filed not later than **June 30, 2016** |
| Defendants' Response | Filed not later than **July 28, 2016** |
| Plaintiff's Reply | Filed not later than **August 11, 2016** |

The Court places a page limit for points and authorities (exclusive of exhibits and other supporting documentation) of twenty (20) pages on all initial moving papers, twenty (20) pages on oppositions, and ten (10) pages for replies.  All requests for page limit increases must be made in writing to the Court setting forth any and all reasons for any increase in page limit at least seven (7) days prior to the filing of the motion.

For the Court's convenience, citations to the Supreme Court Lexis database should include parallel citations to the Westlaw database.

V.   POST-CERTIFICATION CASE ACTIVITY

All other necessary dates and deadlines, including dates for the Final Pretrial Conference and Trial, along with all deadlines associated therewith, will be set by a Supplemental Pretrial Scheduling Order to be issued following the ruling on the class certification motion.

VI.   OBJECTIONS TO PRETRIAL SCHEDULING ORDER

This Pretrial Scheduling Order will become final without further order of the Court unless objections are filed within seven (7) <u>court</u> days of service of this Order.

IT IS SO ORDERED.

Dated:  February 4, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2