BRYAN SCHWARTZ LAW
Bryan J. Schwartz (SBN 209903)
Email: bryan@bryanschwartzlaw.com
Yi-Fan C. Everett (SBN 301815)
Email: yvonne@bryanschwartzlaw.com
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301

*Attorneys for Individual and Representative Plaintiff and the Collective Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sean Mar, individually, on behalf of others similarly situated, and on behalf of the general public, <br><br> Plaintiff, <br><br> vs. <br><br> Genuine Parts Company, NAPA AUTO PARTS, and DOES 1-10, inclusive <br><br> Defendants. | Case No.:   2:15-cv-01405-MCE-AC <br><br> **Judge: Hon. Morrison C. England, Jr.** <br><br> **STIPULATION FOR LEAVE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND ORDER THEREON** <br><br> Complaint Filed: July 1, 2015 |

Subsequent to the filing of this lawsuit and for settlement purposes only, Plaintiff, on behalf of himself and all other similarly situated individuals, asserts an additional cause of action, civil penalties pursuant to Labor Code Private Attorneys General Act of 2004 (PAGA) (Cal. Labor Code § 2698, *et seq.*), and an additional cause of action for waiting time penalties (Cal. Labor Code § 203). Moreover, for settlement purposes only, Plaintiff has agreed to eliminate his California class claims because of Defendant

Genuine Parts Company d/b/a NAPA Auto Parts' (hereinafter "Defendant") challenge based upon the numerosity requirement of Rule 23.

Therefore, Plaintiff, on behalf of himself and all other similarly situated individuals, and Defendant, by and through their attorneys of record, hereby stipulate and agree that the Court should grant Plaintiff leave to file the attached First Amended Complaint in this lawsuit (attached hereto as Exhibit 1) and the First Amended Complaint shall be deemed served and filed on the date this Stipulation and Order is filed.

The parties further agree that the Defendant's deadline to answer the Complaint be continued to a date 30 days after the date of the Court's ruling on the parties' anticipated soon-to-be-filed request for settlement approval.

By this stipulation, Defendant does not admit liability or otherwise waive its right to challenge the content of the First Amended Complaint. Moreover, to the extent that the Court does not approve the settlement of this lawsuit, then this stipulated Amended Complaint will be withdrawn.

DATED: March 21, 2016          **BRYAN SCHWARTZ LAW**

By:  s/Bryan Schwartz_____
Bryan Schwartz
Yi-Fan C. Everett


*Attorneys for Plaintiff and the Putative Class*


Dated: March 21, 2016          **MARTENSON, HASBROUCK & SIMON LLP**

By:  s/Lisa Szafranic_____
Patricia Elizabeth Simon
Lisa M. Szafranic


*Attorneys for Defendant*

**ORDER**

For good cause shown and based upon the stipulation of the parties, the Court hereby orders that Plaintiff is granted leave to file a First Amended Complaint, and Defendant's deadline to answer the First Amended Complaint does not become due until 30 days after the date of the Court's ruling on the parties' anticipated request for settlement approval.

IT IS SO ORDERED.

Dated:  March 29, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT