**CAROTHERS, DISANTE & FREUDENBERGER**
　　Jeremy T. Naftel, Esq. (CA Bar: 185215)
900 University Avenue, Suite 200
Sacramento, CA 95825
Tel: (916) 361-0991
Fax: (916) 361-1480
E-mail: jnaftel@cdflaborlaw.com

**MARTENSON, HASBROUCK & SIMON LLP**
　　Patricia E. Simon, Esq. (Ga. Bar No. 618233)
　　Lisa M. Szafranic, Esq. (Ga. Bar No. 532495)
3379 Peachtree Street, NE, Suite 400
Atlanta, Georgia 30326
Telephone:  (404) 909-8100
Facsimile:  (404) 909-8120
E-mail:  pesimon@martensonlaw.com
　　　　lmszafranic@martensonlaw.com

*Attorneys for Defendant Genuine Parts Company d/b/a NAPA Auto Parts*

**BRYAN SCHWARTZ LAW**
　　Bryan J. Schwartz (SBN 209903)
　　Yi-Fan C. Everett (SBN 301815)
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
E-Mail: bryan@bryanschwartzlaw.com
　　　　yvonne@bryanschwartzlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEAN MAR, individually, on behalf of others similarly situated, and on behalf of the general public,**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**GENUINE PARTS COMPANY, NAPA AUTO PARTS, and DOES 1-10, inclusive,**<br><br>　　　　　Defendant(s). | No. 2:15-CV-01405-MCE-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS** |

1  Whereas, on March 8, 2016, the parties reached a settlement in principle to resolve any
2  and all claims in this wage and hour collective action case; and
3  Whereas, on March 23, 2016 (Dkt. #24) the parties timely filed a Joint Notice of
4  Settlement; and
5  Whereas, on March 23, 2016 (Dkt. #25), the Court issued a Minute Order setting a
6  deadline of May 9, 2016 for the filing of dispositional documents in accordance with Local
7  Rule 160; and
8  Whereas, the parties have continued to meet and confer to finalize the settlement
9  agreement and all related documents; and
10 Whereas, the parties have continued to exchange edits to the exhibits to the settlement
11 agreement and have undertaken efforts to retain a claims administrator for the case; and
12 Whereas, the parties anticipate finalizing the settlement for distribution to the putative
13 collective class members on or before May 14, 2016; and
14 Whereas, the putative collective class members will receive their notices from the claims
15 administrator within 30 days of the finalization of the settlement paperwork; and
16 Whereas, the class members will have 60 days to opt-into the Fair Labor Standards Act
17 (FLSA) action and the settlement; and
18 Whereas the parties anticipate in August 2016 filing dispositional documents (i.e., a
19 motion for FLSA settlement approval showing that the deal reflects a "fair and reasonable
20 resolution of a bona fide dispute" of the claims raised (*Shea v. Ryla Teleservices,* 2012
21 WL 4210291 (E.D. Cal. Sept. 18, 2012) (citing *Lynn's Food Stores, Inc., v. U.S.,* 679 F.2d
22 1350 (11th Cir. 1982)).

23     Therefore the parties stipulate and request that the Court amend the March 23,
24 2016 Minute Order to extend the time to file dispositional documents to August 31, 2016.

25
26                              **MARTENSON, HASBROUCK & SIMON LLP**
27                              *s/Lisa Szafranic*
28                              Patricia E. Simon, Esq. (Ga. Bar No. 618233)

2

Lisa M. Szafranic, Esq. (Ga. Bar No. 532495)
3379 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30326
Telephone:  (404) 909-8100
Facsimile:  (404) 909-8120
E-mail:  pesimon@martensonlaw.com
         lmszafranic@martensonlaw.com

-and-

Jeremy T. Naftel, Esq. (CA Bar: 185215)
**CAROTHERS DISANTE & FREUDENBERGER LLP**
900 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
E-mail: jnaftel@cdrlaborlaw.com

*Attorneys for Defendant Genuine Parts Company d/b/a NAPA Auto Parts*

-and-

**BRYAN SCHWARTZ LAW**

*s/Bryan Schwartz*
Bryan J. Schwartz (SBN 209903)
Yi-Fan C. Everett (SBN 301815)
1330 Broadway, Suite 1630
Oakland, CA 94612
Telephone: (510) 444-9300
Facsimile: (510) 444-9301
E-Mail: bryan@bryanschwartzlaw.com
        yvonne@bryanschwartzlaw.com

*Attorneys for Plaintiff*

## ORDER

For good cause shown and based upon the stipulation of the parties, the Court hereby extends the time for the filing of dispositional documents to August 31, 2016 in accordance with Local Rule 160 (b).

Dated:  May 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3