# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MAR, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br>vs.<br><br>GENUINE PARTS COMPANY, NAPA AUTO PARTS, and DOES 1-10, inclusive,<br><br>Defendant(s). | Case No.: 2:15−CV−01405−MCE−AC<br><br>**STIPULATION AND ORDER REQUESTING DISMISSAL**<br><br>**Hon. Morrison C. England, Jr.** |

Plaintiff Sean Mar and Defendant Genuine Parts Company d/b/a NAPA Auto Parts (identified as "Genuine Parts Company, NAPA Auto Parts" in the case caption) by and through their respective counsel of record, hereby stipulate and agree as follows:

    1.    On March 9, 2017, Plaintiff filed an Unopposed Motion for Amended Settlement Approval ("Motion"). (Docket No. 37).

1

STIPULATION AND ORDER REQUESTING DISMISSAL;

Case No.: 2:15−CV−01405−MCE−AC

2. On April 24, 2017 the Court entered a Memorandum and Order granting Plaintiff's Motion. (Docket No. 40).

3. On September 28, 2017, the claims administrator notified the Parties that it had distributed all the settlement funds from the common fund. Because all of the opt-in plaintiffs cashed their checks, no funds were distributed to the *cy pres* designee.

4. Because the settlement funds have been distributed in accordance with the settlement agreement, the Parties stipulate that the Court should DISMISS this case WITH PREJUDICE.

DATED: October 12, 2017     **BRYAN SCHWARTZ LAW**

By: *s/Rachel M. Terp*_____
Bryan Schwartz
Rachel M. Terp
*Attorneys for Plaintiff and the Putative Class*

DATED: October 12, 2017     **MARTENSON, HASBROUCK & SIMON LLP**

By: *s/Lisa M. Szafranic*_____
Patricia E. Simon
Lisa M. Szafranic
*Attorneys for Defendant*

## ORDER

This document shall constitute a final judgment with respect to the Claims of the Settlement Class for purposes of Rule 58 of the Federal Rules of Civil Procedure. The claims of the Settlement Class Members are hereby DISMISSED WITH PREJUDICE.

The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 18, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE